**Opinion issued August 28, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-18-00038-CV

_____

## IN RE DCP PARTNERS LOGISTICS, LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, DCP Partners Logistics, LLC ("DCP"), has filed a petition for a writ of mandamus, seeking an order compelling respondent[1] to grant DCP's plea in abatement and vacate respondent's anti-suit injunction order.

The Court, having examined and fully considered the petition for writ of mandamus and the applicable law, is of the opinion that DCP has not met its

---

[1]    Respondent is The Honorable Robert Schaffer of the 152nd District Court of Harris County, Texas. The underlying suit is *DCP Partners Logistics, LLC v. Enterprise Products Operating LLC*, No. 2017-78777.

burden to obtain mandamus relief. *See Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992) (orig. proceeding).

We deny the petition. *See* TEX. R. APP. P. 52.8(a), (d).

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.